IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEWAYNE TURNER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-0143-WS-C |
| MS. KING, | : | |
| Defendant. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 24th day of January, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE